# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 20CR250-JLS |
| Plaintiff, | **ORDER GRANTING MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING** |
| v. | |
| MIGUEL ANGEL SANCHEZ (1), FRANCISCO SANCHEZ-VALLE (2), RAMON SANCHEZ, JR. (3), | |
| Defendants. | |

Pursuant to a joint motion and good cause appearing, **IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting in the above-entitled matter shall be continued from November 13, 2020 at 1:30 p.m. to **December 18, 2020 at 1:30 p.m.**  Defendants released on bond shall file an acknowledgement of the new hearing date by November 20, 2020.

For the reasons set forth in joint motion, the Court finds the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendants in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(B)(iv).

**IT IS SO ORDERED**.

Dated:  November 12, 2020

Hon. Janis L. Sammartino
United States District Judge