# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MIGUEL ANGEL SANCHEZ (1),<br>FRANCISCO SANCHEZ-VALLE (2),<br>RAMON SANCHEZ, JR. (3),<br><br>　　　　　　Defendants. | Case No.: 20CR250-JLS<br><br>**ORDER GRANTING MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING** |

　　Pursuant to a joint motion and good cause appearing, **IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting in the above-entitled matter shall be continued from **November 19, 2021** at 1:30 p.m. to **December 17, 2021** at 1:30 p.m. Defendants released on bond shall file an acknowledgement of the new hearing date by November 30, 2021.

　　For the reasons set forth in Joint Motion to Continue Motion Hearing/Trial Setting, the Court finds the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendants in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(B)(iv).

　　**IT IS SO ORDERED.**

Dated:  November 17, 2021

　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　United States District Judge