# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 20CR250-JLS |
| Plaintiff, | **ORDER GRANTING MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING** |
| v. | |
| MIGUEL ANGEL SANCHEZ (1), FRANCISCO SANCHEZ-VALLE (2), RAMON SANCHEZ, JR. (3), | |
| Defendants. | |

Pursuant to a joint motion and good cause appearing, **IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting in the above-entitled matter shall be continued from **December 17, 2021** at 1:30 p.m. to **January 28, 2021** at 1:30 p.m. Defendants on bond shall file an acknowledgement of the new hearing date by December 30, 2021.

For the reasons set forth in Joint Motion to Continue Motion Hearing/Trial Setting, the Court finds the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendants in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(B)(iv).

**IT IS SO ORDERED.**

Dated: December 15, 2021

Hon. Janis L. Sammartino
United States District Judge