1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10    UNITED STATES OF AMERICA,              Case No.  20cr0250-JLS

11                     Plaintiff,            ORDER OF CRIMINAL
                                             FORFEITURE
12         v.

13    MIGUEL ANGEL SANCHEZ (1),

14                     Defendant.

15

16         WHEREAS, in the Information the United States sought forfeiture of all right,

17    title and interest in all proceeds of the offense in Count 1 and all property involved in

18    the offense set forth in Count 2 from Defendant MIGUEL ANGEL SANCHEZ

19    ("Defendant"), pursuant to Title 21, United States Code, Section 853 and Title 18,

20    United States of America Code, Section 982, as charged in the Information; and

21         WHEREAS, on or about February 8, 2022, Defendant pled guilty before U.S.

22    Magistrate Judge Michael S. Berg to Counts 1 and 2 of the Information, which pleas

23    included consent to the forfeiture allegations of the Information, and an agreement to

24    forfeit to the United States the amount of $732,607.00 as proceeds Defendant

25    received from the offense set forth in Count 1 and as property involved in the offense

26    set forth in Count 2, which forfeiture shall be included and incorporated as part of the

27    judgment in this case; and

28    //

1    WHEREAS, on February 24, 2022, this Court accepted the guilty pleas of

2 Defendant; and

3    WHEREAS, by virtue of the admissions of the Defendant set out in the plea

4 agreement and guilty pleas, the Court determined that $732,607.00 (U.S. dollars)

5 represents the moneys derived from and traceable to the gross proceeds that the

6 Defendant obtained directly as a result of the offense of 21 U.S.C. §§ 841 and 846,

7 and property involved in illegal conduct in violation of 18 U.S.C. § 1956(h), as

8 charged in the Information; and

9    WHEREAS, by virtue of said guilty pleas and the Court's findings, the

10 United States is now entitled to an Order of Forfeiture in its favor in the form of a

11 forfeiture money judgment against the Defendant in the amount of $732,607.00 for

12 the proceeds Defendant received from Count 1 and for the amount of money involved

13 in Count 2, pursuant to 21 U.S.C. § 853, 18 § 982 and Rule 32.2(b) of the Federal

14 Rules of Criminal Procedure; and

15    WHEREAS, by virtue of the facts set forth in the plea agreement and forfeiture

16 addendum, the United States has established the requisite nexus between the

17 $732,607.00 forfeiture money judgment and the offenses of conviction; and

18    WHEREAS, the Defendant has agreed that the provisions for the substitution

19 of assets as provided in 21 U.S.C. § 853(p) exist and has agreed the United States

20 may take actions to collect the forfeiture money judgment; and

21    WHEREAS, the United States, having submitted the Order herein to the

22 Defendant through his attorney of record, to review, and no objections having been

23 received;

24    Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

25    1.    Defendant MIGUEL ANGEL SANCHEZ shall forfeit to the

26 United States the sum of $732,607.00 pursuant to 21 U.S.C. § 853 and 18 U.S.C.

27 § 982 in the form of a personal money judgment for the proceeds Defendant received

28 from Count 1 and the money involved in Count 2, which forfeiture is in favor of the

1  United States against Defendant MIGUEL ANGEL SANCHEZ, with interest to

2  accrue thereon in accordance with 18 U.S.C. § 3612(f) and 28 U.S.C. § 1961; and

3      2.      This Court shall retain jurisdiction in the case for the purpose of

4  enforcing the order of forfeiture and collecting and enforcing the forfeiture money

5  judgment; and

6      3.      Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made final

7  as to the Defendant at the time of sentencing and is part of the sentence and included

8  in the judgment; and

9      4.      Pursuant to Rule 32.2(b)(3) the United States may, at any time, conduct

10  discovery to identify, locate, or dispose of directly forfeitable assets and substitute

11  assets against which this Order of Forfeiture may be enforced; and

12      5.      The United States may, at any time, move pursuant to Rule 32.2(e) to

13  amend this Order of Forfeiture to substitute property having a value not to exceed

14  $732,607.00 to satisfy the forfeiture money judgment in whole or in part; and

15      6.      The United States may take any and all actions available to it to collect

16  and enforce the forfeiture money judgment.

17      IT IS SO ORDERED.

18  Dated:  May 11, 2022

19                                         Hon. Janis L. Sammartino
                                           United States District Judge

20

21

22

23

24

25

26

27

28